U.S. COURTS
APR 09 2024
Rcvd_____Filed_____Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

JOSHUA D. HURWIT, IDAHO STATE BAR NO. 9527
UNITED STATES ATTORNEY
JUSTIN D. WHATCOTT, IDAHO STATE BAR NO. 6444
FIRST ASSISTANT UNITED STATES ATTORNEY
HEATHER S. PATRICCO, DISTRICT OF COLUMBIA BAR NO. 465883
DAVID G. ROBINS, IDAHO STATE BAR NO. 8494
ASSISTANT UNITED STATES ATTORNEYS
DISTRICT OF IDAHO
1290 W. MYRTLE STREET, SUITE 500
BOISE, IDAHO 83702
TELEPHONE: (208) 334-1211
FACSIMILE: (208) 334-1413

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ALEXANDER SCOTT MERCURIO,<br><br>Defendant. | Case No. 2:24-cr-00093-DCN<br><br>**INDICTMENT**<br><br>18 U.S.C. § 981(a)(1)<br>18 U.S.C. § 2339B(a)(1)<br>18 U.S.C. § 2461 |

The Grand Jury charges:

### COUNT ONE

**Attempt to Provide Material Support to a
Designated Foreign Terrorist Organization
18 U.S.C. § 2339B(a)(1)**

From in or about July 2022 to on or about April 6, 2024, in the District of

Idaho and elsewhere, the Defendant, ALEXANDER SCOTT MERCURIO, did

knowingly attempt to provide material support and resources, as that term is

**INDICTMENT - 1**

defined in Title 18, United States Code, Section 2339A(b)(1), including services, money (currency and monetary instruments), and personnel, including himself, to a foreign terrorist organization, that is, the Islamic State of Iraq and al-Sham ("ISIS"), which at all relevant times has been designated by the Secretary of State as a foreign terrorist organization pursuant to Section 219 of the Immigration and Nationality Act, knowing that ISIS was a designated foreign terrorist organization, and that ISIS engages and has engaged in terrorist activity and terrorism.

In violation of Title 18, United States Code, Section 2339B(a)(1).

## CRIMINAL FORFEITURE ALLEGATION(S)
## 18 U.S.C. § 981(a)(1) and 28 U.S.C. § 2461

Upon conviction of the offense alleged in this Indictment, the Defendant, ALEXANDER SCOTT MERCURIO, shall forfeit to the United States, any property, real or personal, which constitutes or is derived from proceeds traceable to the offense or a conspiracy to commit such offense.

In addition, all assets, foreign or domestic, are subject to forfeiture to the United States: (1) of any individual (including Defendant ALEXANDER SCOTT MERCURIO), entity, or organization engaged in planning or perpetrating any Federal crime of terrorism (as defined in section 2332b(g)(5)) against the United States, citizens or residents of the United States, or their property, and all assets, foreign or domestic, affording any person a source of influence over any such entity or organization; (2) acquired or maintained by any person with the intent and for the purpose of supporting, planning, conducting, or concealing any Federal crime of

terrorism (as defined in section 2332b(g)(5)) against the United States, citizens or residents of the United States, or their property; and (3) derived from, involved in, or used or intended to be used to commit any Federal crime of terrorism (as defined in section 2332b(g)(5)) against the United States, citizens or residents of the United States, or their property.

Dated this ____ day of April, 2024.

A TRUE BILL

/s/ *[signature on reverse]*
_____
FOREPERSON

JOSHUA D. HURWIT
UNITED STATES ATTORNEY
By:

_____
JUSTIN D. WHATCOTT
FIRST ASSISTANT UNITED STATES ATTORNEY

_____
HEATHER S. PATRICCO
ASSISTANT UNITED STATES ATTORNEY

_____
DAVID G. ROBINS
ASSISTANT UNITED STATES ATTORNEY

**INDICTMENT - 3**