# AMENDED CRIMINAL COVERSHEET

| | | | |
|---|---|---|---|
| DEFENDANT'S NAME: | **Alexander Scott Mercurio** | CASE INFORMATION: | |
| JUVENILE: | No | RELATED COMPLAINT: | Yes |
| PUBLIC or SEALED: | Public | CASE NUMBER: | 2:24-cr-00093-DCN |
| SERVICE TYPE:<br>(Summons/ Warrant/ Notice) | Notice | | |
| ISSUE: | Yes | COUNTY OF OFFENSE: | Kootenai |
| INTERPRETER: | No | | |
| If YES, language: | | | |

## CRIMINAL CHARGING INFORMATION

CHARGING DOCUMENT: **Indictment**

Felony: Yes   Class A Misdemeanor: No
Class B or C Misdemeanor: No
(Petty Offense)

| STATUTE<br>(Title and Section(s)) | COUNT/<br>FORFEITURE<br>ALLEGATION | BRIEF DESCRIPTION | PENALTIES<br>(Include Supervised Release<br>and Special Assessment) |
|---|---|---|---|
| 18 U.S.C. § 2339B(a)(1) | ONE | **Attempt to Provide Material Support or Resources to a Designated Foreign Terrorist Organization** | **Up to 20 Years Imprisonment / Supervised Release for any term of years or life/ Not more than $250,000 Fine /<br>$100 Special Assessment** |
| 18 U.S.C § 981(a)(1)<br>18 U.S.C. § 2461 | **FORFEITURE ALLEGATION** | **Criminal Forfeiture** | **Forfeiture of Specified Property** |

Date: April 10, 2024

Assistant U.S. Attorneys:  Heather S. Patricco
David G. Robins
Justin D. Whatcott
Telephone No.: (208) 334-1211