

J. Stephen Roberts, Jr.
601 W. Riverside Ave., Ste. 900
Spokane, Washington 99201
509.624.7606
Attorney for Alexander Scott Mercurio

United States District Court
District of Idaho

| | |
|---|---|
| United States of America, | No. 2:24-cr-0093-DCN |
| Plaintiff, | |
| v. | Notice of Appearance |
| Alexander Scott Mercurio, | |
| Defendant. | |

Please take notice that J. Stephen Roberts is appearing as attorney of record for Alexander Scott Mercurio on this matter.

Dated: April 12, 2024

> Federal Defenders of Eastern Washington & Idaho
> Attorneys for Alexander Scott Mercurio
>
> <u>/s/ J. Stephen Roberts, Jr.</u>
> J. Stephen Roberts, Jr., WA45825
> Federal Defenders of
> Eastern Washington and Idaho
> 601 W. Riverside Ave., Ste. 900
> Spokane, Washington 99201
> Ph. (509) 624-7606
> Email: Steve_Roberts@fd.org

### Service Certificate

I certify that on April 12, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will notify Assistant United States Attorneys: Traci J. Whelan.

> <u>/s/ J. Stephen Roberts, Jr.</u>
> J. Stephen Roberts, Jr., WA45825
> Federal Defenders of
> Eastern Washington and Idaho
> 601 W. Riverside Ave., Ste. 900
> Spokane, Washington 99201
> Ph. (509) 624-7606
> Email: Steve_Roberts@fd.org