

Carter Power Beggs
601 W. Riverside Ave., Ste. 900
Spokane, Washington 99201
509.624.7606

# United States District Court
## District of Idaho

| | |
|---|---|
| United States of America, | No. 2:24-cr-0093-DCN-1 |
| Plaintiff, | |
| v. | Notice of Appearance |
| Alexander Scott Mercurio, | |
| Defendant. | |

Please take notice that Carter Powers Beggs is appearing as attorney of record for Alexander Scott Mercurio on this matter.

Dated: April 12, 2024

>Federal Defenders of Eastern Washington & Idaho
>Attorneys for Alexander Scott Mercurio
>
>*/s/ Carter Powers Beggs*
>Carter Powers Beggs WA 60065
>Federal Defenders of
>Eastern Washington and Idaho
>601 W. Riverside Ave., Ste. 900
>Spokane, Washington 99201
>(509) 624-7606
>Email: Carter_Powersbeggs@fd.org

### Service Certificate

I certify that on April 12, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will notify Assistant United States Attorneys: David Gregory Robins.

>*/s/ Carter Powers Beggs*
>Carter Powers Beggs WA 60065
>Federal Defenders of
>Eastern Washington and Idaho
>601 W. Riverside Ave., Ste. 900
>Spokane, Washington 99201
>(509) 624-7606
>Email: Carter_Powersbeggs@fd.org