J. Stephen Roberts, Jr.
Federal Defenders of Eastern Washington and Idaho
601 West Riverside Ave., Suite 900
Spokane, Washington 99201
(509) 624-7606

Attorneys for Alexander S. Mercurio

UNITED STATES DISTRICT COURT
DISTRICT OF IDAHO
The Hon. David C. Nye

| United States of America, | No. 2:24-cr-0093-DCN-1 |
|---|---|
| Plaintiff, | **Notice of Intent to Plead Guilty** |
| v. | |
| Alexander Scott Mercurio, | |
| Defendant. | |

Alexander Scott Mercurio ("Mr. Mercurio") hereby notifies the Court that he intends to enter a plea of guilty *without* a plea agreement to the one-count Indictment dated April 9, 2024, (ECF No. 5), charging him with Attempt to Provide Material Support to a Designated Foreign Terrorist Organization, in violation of 18 U.S.C. § 2339B(a)(1).

Mr. Mercurio requests that the Court set his case for a change of plea hearing with the District Court at the next available Coeur d'Alene docket date.[1] He does not consent to having his change of plea taken by the Magistrate Court.

Dated: August 25, 2025

>
> Respectfully Submitted,
>
> /s/ *J. Stephen Roberts, Jr.*
> J. Stephen Roberts, Jr., WA 45825
> Attorneys for Alexander Scott Mercurio
> Federal Defenders of
> Eastern Washington and Idaho
> 601 West Riverside Ave., Suite 900
> Spokane, Washington 99201
> (509) 624-7606
> (509) 747-3539
> Email: Steve_Roberts@fd.org

---

[1] Prior to the anticipated change of plea hearing, Mr. Mercurio will submit a supplement to this notice with his understanding of the requisite charge, maximum penalties, waiver of rights, offense elements, and factual basis for the plea.

Notice of Intent to Plead Guilty - 2

# CERTIFICATE OF SERVICE

I hereby certify that on August 25, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: David G. Robins and Heather Patricco, Assistant United States Attorneys.

/s/ J. Stephen Roberts, Jr.
J. Stephen Roberts, Jr., WA 45825
Attorneys for Alexander Scott Mercurio
Federal Defenders of
Eastern Washington and Idaho
601 West Riverside Ave., Suite 900
Spokane, Washington 99201
(509) 624-7606
(509) 747-3539
Email: Steve_Roberts@fd.org