# United States District Court
## District of Idaho
## Minute Entry

<u>CRIMINAL PROCEEDINGS</u> - **Change of Plea**

| | |
|---|---|
| Chief Judge David C. Nye | Date: **October 22, 2025** |
| Case No. 2:24-cr-00093-DCN | Deputy Clerk: Lynette Parson |
| Place: Coeur d'Alene, ID | Reporter: Anne Bowline via Zoom |
| | Time: 10:00 – 10:23    AM |

### UNITED STATES OF AMERICA v. ALEXANDER SCOTT MERCURIO

Counsel for United States:      Heather Patricco & David G. Robins

Counsel for Defendant:      John Stephen Roberts, Jr. & Carter L. Powers Beggs

**PLEA**

(X) Defendant sworn for examination by the Court.
(X) Defendant found competent to enter a knowing and voluntary plea.
(X) Defendant satisfied with the representation of his attorney.
(X) Sentencing Guidelines explained.
(X) Defendant advised of Constitutional Rights & Right to Counsel & Jury Trial.
(X) Indictment furnished to defendant.
(X) Court advised defendant of Maximum Penalties.
(X) At the request of the Court, counsel for the Government stated for the record the elements and evidence of the charge. The defendant understands the elements and evidence of the charge and agrees with the Government's statement.
(X) Defendant withdrew previous plea of NOT GUILTY and **entered a GUILTY Plea to Count One of the Indictment and agreed to the forfeiture.**

**Sentencing set: January 27, 2026 at 10:00 AM before Judge Nye in Coeur d'Alene, Idaho.**

(X) **Court ordered a presentence investigation report.**
    Original report to Counsel:   December 16, 2025
    Notification of Objections:   December 30, 2025
    Final Report Due:             January 13, 2026

(X) Defendant remanded to the U.S. Marshal Service.