Carter Powers Beggs
Federal Defenders of Eastern Washington and Idaho
601 West Riverside Ave, Suite 900
Spokane, Washington 99201
(509) 624-7606

Attorney for Alexander Mercurio

# UNITED STATES DISTRICT COURT
## DISTRICT OF IDAHO
### Hon. David C. Nye

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>Alexander Mercurio,<br><br>　　　　　Defendant. | No. 2:24-cr-93-DCN-1<br><br>**Unopposed Motion to Continue Sentencing** |

　　　Alexander Mercurio ("Mr. Mercurio") respectfully moves the Court for a continuance to the week of May 4th, 2026 for sentencing and all related deadlines. This is Mr. Mercurio's first request for a continuance of sentencing. The Government does not object to a continuance in the above-captioned matter.

　　　On April 8, 2024, a complaint was filed charging Mr. Mercurio with Attempt to Provide Material Support to a Terrorist Organization in violation of 18 U.S.C. § 2339B. ECF No. 2. On April 10th, these charges were converted into an indictment. ECF No. 5 At Mr. Mercurio's initial appearance, he waived the issue of detention and has remained

**Unopposed Motion to Continue Trial and Extend Pretrial Motions Deadline - 1**

in custody ever since.

On October 22, 2025, Mr. Mercurio pled guilty without a plea agreement to the single charge in the indictment. ECF No. 37. This Court scheduled sentencing for January 27th, 2026. *Id.* Mr. Mercurio requires more time to finalize expert reports, prepare mitigation, and otherwise prepare for sentencing. As such, he requests the Court move his sentencing and all related deadlines to the week of May 4th, 2026.

Assistant United States Attorney Heather Patricco and David Robins were contacted regarding the Motion to Continue. The Government has no objection to a continuance to May 2026.

To be fully prepared to mitigate his case, Mr. Mercurio needs more time. As such, he respectfully requests this Court find a continuance to be in the interest of justice, and continue his sentencing and all related deadlines to the week of May 4th, 2026.

Dated:   December 16, 2025                                   Respectfully Submitted,

/s/ *Carter Powers Beggs.*
Carter Powers Beggs, WA 60065
Federal Defenders of
Eastern Washington and Idaho
601 West Riverside Ave., Suite 900
Spokane, Washington 99201
(509) 624-7606
(509) 747-3539
Email:  Carter_PowersBeggs@fd.org

**Unopposed Motion to Continue Trial and Extend Pretrial Motions Deadline - 2**

## CERTIFICATE OF SERVICE

I hereby certify that on December 16, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Heather Patricco and David Robins, Assistant United States Attorneys.

/s/ *Carter Powers Beggs.*
Carter Powers Beggs, WA 60065
Federal Defenders of
Eastern Washington and Idaho
601 West Riverside Ave., Suite 900
Spokane, Washington 99201
(509) 624-7606
(509) 747-3539
Email:  Carter_PowersBeggs@fd.org