Carter Powers Beggs
601 W. Riverside Ave., Ste. 900
Spokane, Washington 99201
509.624.7606

UNITED STATES DISTRICT COURT
DISTRICT OF IDAHO
HON. DAVID C. NYE

| | |
|---|---|
| United States of America,<br>Plaintiff,<br>v.<br>Alexander Scott Mercurio,<br>Defendant. | No. 2:24-cr-00093-DCN-1<br><br>**Unopposed Motion to Continue Sentencing Hearing** |

Defendant Alexander Scott Mercurio, respectfully moves the Court to continue his sentence hearing presently set for September 22, 2026 11:00 a.m. in Coeur d' Alene. For the reasons that follow, Mr. Mercurio requests a continuance to a November docket date in Coeur d'Alene that is convenient to the Court.

Mr. Mercurio is presently charged by Indictment with one count Attempt to Provide Material Support or Resources to a Designated foreign Terrorist Organization in violation of 21 U.S.C. §§ 2239(B)(a)(1) ECF No. 5.

On August 25, 2025, Mr. Mercurio pled guilty with a Notice of Intent to Plead Guilty to Count one of the Indictment. ECF No. 32. Mr. Mercurio previously continued his sentencing in May of 2026 to allow for additional preparation. Specifically, more work needed to be done by defense expert Dr. Cedar O'Donnell to complete her forensic evaluation detailing Mr. Mercurio's psychological state and assessing his risk for future violence.

The Defense intended Dr. O'Donnell's report to be disclosed to the Government in the month of July. Unfortunately, due to circumstances outside the defense's control, Dr. O'Donnell's certification to enter SeaTac FDC was delayed by the Bureau of Prisons for the month of June, with Dr. O'Donnell only being able to enter the facility in July. This delay in turn delayed the finalization of her report. Dr. O'Donnell's report and CV have now been disclosed to the Government as of

August 21st, 2026. To provide the Government adequate time to evaluate Dr. O'Donnell's report and potentially obtain a rebuttal expert, more time is necessary. Additionally, more time is required for the defense to integrate Dr. O'Donnell's findings into their sentencing materials and otherwise prepare for sentencing.

On August 18, 2026, Assistant U.S. Attorney, Heather Patricco, was contacted in regard to the Motion. The government does not object to the continuance. Likewise, U.S. Probation Officer Tonya McDonald was contacted for purposes of the motion.

Finally, Mr. Mercurio was contacted on August 21st, 2026 and does not object to a sentencing continuance.

In sum, Mr. Mercurio asks that the Court find good cause to grant the Motion. He requests that the Court continue his sentencing hearing to November or December docket dates available in Coeur d'Alene.

Dated: August 21, 2026

Respectfully Submitted,

/s/ *Carter Powers Beggs*
Carter Powers Beggs
Federal Defenders of Eastern
Washington and Idaho
601 W. Riverside Ave., Ste. 900
Spokane, Washington 99201
(509) 624-7606

(509) 230-6690
Email: Carter_PowersBeggs@fd.org

**CERTIFICATE OF SERVICE**

I hereby certify that on August 21, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Heather Patricco, Assistant United States Attorney.

*/s/ Carter Powers Beggs*
Carter Powers Beggs
Federal Defenders of Eastern
Washington and Idaho
601 W. Riverside Ave., Ste. 900
Spokane, Washington 99201
(509) 624-7606
(509) 230-6690
Email: Carter_PowersBeggs@fd.org