JOHN C. SHIRTS, IDAHO STATE BAR NO. 9295
UNITED STATES ATTORNEY
HEATHER S. PATRICCO, DISTRICT OF COLUMBIA STATE BAR NO. 465883
DAVID G. ROBINS, IDAHO STATE BAR NO. 8494
ASSISTANT UNITED STATES ATTORNEYS
DISTRICT OF IDAHO
1290 W. MYRTLE ST. SUITE 500
BOISE, ID 83702-7788
TELEPHONE: (208) 334-1211

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ALEXANDER SCOTT MERCURIO,<br><br>Defendant. | Case No. 2:24-cr-00093-DCN<br><br>**UNOPPOSED MOTION FOR OVERLENGTH SENTENCING MEMORANDUM** |

The United States of America, by and through John C. Shirts, United States Attorney, and the undersigned Assistant United States Attorney, hereby request the Court permit the Government to file six (6) pages beyond the twenty (20) page limit permitted for a sentencing memorandum. This is necessary so the Government may respond to the Defendant's psychological evaluation in its sentencing memorandum. Defense counsel does not oppose this request.

Respectfully submitted this 3rd day of November, 2026.

JOHN C. SHIRTS
UNITED STATES ATTORNEY
By:

*/s/ Heather S. Patricco*
HEATHER S. PATRICCO
Assistant United States Attorney